387 A.2d 925

Ryan v. Chinelly, et ux., Appellants.

Argued November 17, 1977. Allen N. Brunwasser, for appellants; Edward G. O'Connor, with him Robert L. Allman, II, for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

387 A.2d 926

Sharon Steel Corporation, Appellant, v. DeLaval Turbine, Inc., et al.

Argued November 16, 1977. George Hardy Rowley, with him Voorhies, Dilley, Keck, Rowley & Wallace, for appellant; Louis Anstandig and John W. Jordan, IV, for appellees.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.